In re Nomination Petition of Babette JOSEPHS for the 182nd District in the Pennsylvania House of Representatives.

Appeal of Dolores A. Cohen–Lowry.

Supreme Court of Pennsylvania.

Submitted April 17, 2006.

Decided May 22, 2006.

Sharon Lee Suleta, Esq., Laura Walsh Kern, Esq., Philadelphia, for Dolores A. Cohen–Lowry.

Lionel C. Artom–Ginzburg, Esq., for Babette Josephs.

Louis Lawrence Boyle, Esq., for Bureau of Elections.

Margaret M. Tartaglione, for City Commissioners of Philadelphia.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of May, 2006, we **AFFIRM** the Order of the Commonwealth Court.